IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01759–EWN–BNB

CAROL S. STERNS,

    Plaintiff,

v.

DILLARD'S, INC., a Delaware corporation,

    Defendant.

_____

**ORDER**
_____

    For the reasons stated in the status conference on October 25, 2007, this case is hereby REMANDED to El Paso County District Court.

    Dated this 13th day of November, 2007.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      Chief United States District Judge